GESUFATO CUDA, Respondent, v. MARY DE STEFANIS, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an action for a declaratory judgment determining plaintiff's rights to a certain strip of land.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See 281 App. Div. 801.]

■

FRANK C. PANEPENTO, Doing Business as OATKA HARDWARE, Appellant, v. JAMES PALERMO, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for defendant for no cause of action in an action to recover for materials furnished and labor performed.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

■

NANCY PICCARRETO, as Administratrix of the Estate of VITO J. PICCARRETO, Deceased, Appellant, v. ROCHESTER GENERAL HOSPITAL, Respondent.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order denying plaintiff's motion to examine defendant before trial as to certain items of inquiry, in a negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

LAWRENCE YOUMANS, Respondent, v. FRANCIS MAHAR, Appellant.— Judgment and orders affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action. The orders denied motions for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

MONA YOUMANS, Respondent, v. FRANCIS MAHAR, Appellant.— Judgment and orders affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action. The orders denied motions for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.